# Court of Appeals
# of the State of Georgia

ATLANTA, May 07, 2025

*The Court of Appeals hereby passes the following order:*

A25E0111. OMAR WHITE v. KEITH GAMMAGE et al.

Upon consideration of the petition for "Writ of Quo Warranto and Writ of Mandamus," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/07/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*